Curtis E. CRAWFORD, Petitioner—
Appellant,

v.

Joseph M. BROOKS, Respondent—
Appellee,

and

United States of America,
Party in Interest.

No. 04–6312.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2004.

Decided May 6, 2004.

Curtis E. Crawford, Appellant pro se. George Maralan Kelley, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Curtis E. Crawford seeks to appeal the magistrate judge's order denying various motions in Crawford's pending action filed pursuant to 28 U.S.C. § 2241 (2000). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Crawford seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Crawford's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED